NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUGAL K. TANEJA, )
)
      Appellant, )
)
v. )      Case No. 2D18-917
)
CHANDRESH S. SARAIYA, )
DOWNTOWN ST. PETE )
PROPERTIES, LLC, )
FIRST STREET AND FIFTH )
AVENUE, LLC, PATRICK T. )
LENNON, and MACFARLANE )
FERGUSON & MCMULLEN, P.A., )
)
      Appellees. )
_____ )

Opinion filed August 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

William J. Cook and Chris A. Barker of,
Barker Cook, Tampa, for Appellant.

Michael R. Carey of Carey, O'Malley,
Whitaker, Mueller, Roberts & Smith,
P.A., Tampa, for Appellee, First Street
and Fifth Avenue, LLC.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.